**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

MAURER,                                          :
                                                 :
       Plaintiff,                               :
                                                 :
       vs.                                      :    Case No. 1:25-cv-17366-CPO-SAK
                                                 :
WH PIKE HOSPITALITY LLC,                         :
                                                 :
       Defendant.                               :
_____ :

**NOTICE OF SETTLEMENT**

The Plaintiff hereby informs the Court that the parties have settled the above-captioned matter, are now finalizing the settlement documents, and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 29th day of June 2026,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.